No. 89–333. CALIFORNIA v. FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 991.] Motion of respondent Rock Creek Limited Partnership for divided argument denied.

No. 89–386. PORT AUTHORITY TRANS-HUDSON CORP. v. FEENEY; and PORT AUTHORITY TRANS-HUDSON CORP. v. FOSTER. C. A. 2d Cir. [Certiorari granted, ante, p. 932.] Motion of American Airlines, Inc., et al. for leave to file a brief as amici curiae granted.

No. 89–867. F. & H. R. FARMAN-FARMAIAN CONSULTING ENGINEERS FIRM ET AL. v. HARZA ENGINEERING CO. C. A. 7th Cir.; and
No. 89–989. CITY OF NORFOLK, VIRGINIA, ET AL. v. COLLINS ET AL. C. A. 4th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 89–1221. MICHIGAN v. MOORE. Ct. App. Mich. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 89–6210. IN RE MILES;
No. 89–6236. IN RE MAXWELL;
No. 89–6250. IN RE HICKS; and
No. 89–6308. IN RE LYNCH. Petitions for writs of mandamus denied.

No. 89–6027. IN RE ABDUL-AKBAR; and
No. 89–6321. IN RE KLEINSCHMIDT. Petitions for writs of mandamus and/or prohibition denied.

No. 89–658. CHEEK v. UNITED STATES. C. A. 7th Cir. Certiorari granted.

No. 89–1048. FMC CORP. v. HOLLIDAY. C. A. 3d Cir. Certiorari granted.

No. 89–5011. POWERS v. OHIO. Ct. App. Ohio, Franklin County. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted.